AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| THOMPSON, ANNE E | U.S. DISTRICT COURT | 08/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2005<br>to<br>12/31/2005 |
| | 5b. ☒ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 402 E. STATE STREET<br>ROOM 4000<br>TRENTON, NJ 08608 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER - CRIMINAL LAW DRAFTING COMMITTEE | NATIONAL CONFERENCE OF BAR EXAMINERS |
| 2. CO-TRUSTEE | TRUST #1 – U/W ███ ART. FIFTH |
| 3. CO-TRUSTEE | TRUST #2 – U/W ███ ART. SIXTH |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 08/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | NATIONAL CONFERENCE OF BAR EXAMINERS -- FEES EARNED FOR DRAFTING, EDITING & REVISING BAR EXAM QUESTIONS & EVALUATING PERFORMANCE OF TEST QUESTIONS | $ 6,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. N.Y. INTELLECTUAL PROPERTY LAW ASSOCIATION | MARCH 18, 2005 @ NEW YORK CITY -- ACTIVITY OF PROFESSIONAL ORGANIZATION (HOTEL, LOCAL TRANSPORTATION, MEALS) |
| 2. NATIONAL CONFERENCE OF BAR EXAMINERS | APRIL 14-16, 2005 @ SANTA BARBARA, CA -- ACTIVITY OF PROFESSIONAL ORGANIZATION (AIRFARE, HOTEL, LOCAL TRANSPORTATION, MEALS) |
| 3. NATIONAL CONFERENCE OF BAR EXAMINERS | OCTOBER 13-15, 2005 @ MINNEAPOLIS, MN -- ACTIVITY OF PROFESSIONAL ORGANIZATION (AIRFARE, HOTEL, LOCAL TRANSPORTATION, MEALS) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 08/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. WASHINGTON MUTUAL | MORTGAGE ON ████HOME | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. NJ ST TRANSN TR BOND | A | Interest | | | SOLD | 12/14 | K | A | |
| 2. NJ HEALTHCARE FAC FIN BOND | A | Interest | K | T | | | | | |
| 3. TOMS RIVER NJ SCH DIST | A | Interest | K | T | | | | | |
| 4. NJ ECO/DEV AUTH WATER FACS BOND | A | Interest | J | T | | | | | |
| 5. VANGUARD U.S. GROWTH FUND | A | Dividend | K | T | | | | | |
| 6. VANGUARD INTERNATIONAL GROWTH FUND | B | Dividend | K | T | | | | | |
| 7. SUN NAT'L BANK CHECKING A/C | A | Interest | J | T | | | | | |
| 8. LINDENWOLD BORO NJ BOND | A | Interest | K | T | | | | | |
| 9. SUN NAT'L MONEY MARKET | A | Interest | M | T | | | | | |
| 10. SUN NAT'L BANK CD | A | Interest | K | T | | | | | |
| 11. COMMERCE BANK TIME DEPOSIT A/C | | None | | | CLOSED-2005 | | | | |
| 12. DUKES COUNTY BANK | A | Interest | J | T | OPENED-2005 | | | | |
| 13. GLENMEDE TAX-EXEMPT FUND | A | Interest | L | T | | | | | |
| 14. PORT AUTHORITY NJ & NY BOND | B | Interest | | | SOLD | 12/14 | L | A | |
| 15. AMERICAN INTERNATIONAL GROUP | A | Dividend | | | SOLD | 03/21 | J | A | |
| 16. CISCO SYSTEMS | | None | | | SOLD | 01/19 | J | C | |
| 17. IBM | A | Dividend | | | PARTIAL SELL | 03/09 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IBM | | | | | SOLD | 07/01 | J | A | |
| 19. NATIONAL CITY CORP | A | Dividend | J | T | | | | | |
| 20. WELLPOINT INC | | None | J | T | | | | | |
| 21. ZIONS BANCORP | A | Dividend | J | T | | | | | |
| 22. VARIAN MEDICAL SYSTEMS INC | | None | J | T | | | | | |
| 23. AMGEN | | None | J | T | | | | | |
| 24. CYPRESS SEMICONDUCTOR | | None | | | SOLD | 01/12 | J | A | |
| 25. VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 26. MICHAELS STORES INC | A | Dividend | | | SOLD | 09/13 | J | B | |
| 27. GENENTECH INC | | None | J | T | BUY | 01/26 | J | | |
| 28. CITIGROUP INC | A | Dividend | J | T | BUY | 02/11 | J | | |
| 29. MASCO CORP | A | Dividend | | | BUY | 03/04 | J | | |
| 30. MASCO CORP | | | | | SOLD | 10/13 | J | A | |
| 31. TALISMAN ENERGY | A | Dividend | J | T | BUY | 04/13 | J | | |
| 32. 3M CO. | A | Dividend | J | T | BUY | 06/30 | J | | |
| 33. ZIMMER HOLDINGS INC | | None | J | T | BUY | 09/13 | J | | |
| 34. MEDTRONIC INC | A | Dividend | J | T | BUY | 10/04 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SYMANTEC CORP | | None | J | T | BUY | 11/17 | J | | |
| 36. TRUST #1 -- U/W ███. ART. FIFTH | C | Dividend | O | T | | | | | |
| 37. -- MIDDLESEX CNTY NJ BOND | | | | | | | | | |
| 38. -- DELAWARE RIVER PORT AUTH BOND | | | | | | | | | |
| 39. -- LINDENWOLD BORO NJ BOND | | | | | | | | | |
| 40. -- NJ STATE TPK AUTH BOND | | | | | | | | | |
| 41. -- PORT AUTH NY & NJ BOND | | | | | | | | | |
| 42. -- GALAXY MONEY MARKET FUND | | | | | | | | | |
| 43. -- COLUMBIA REAL ESTATE EQUITY FUND CL. Z | | | | | SOLD | 05/27 | J | C | |
| 44. -- FIDELITY ADV DIVIDEND GROWTH FUND SER. I | | | | | PARTIAL SALE | 05/31 | K | C | |
| 45. -- FIDELITY ADV STRAT OPPT FUND CL. I | | | | | | | | | |
| 46. -- FIDELITY DIVERSIFIED INT'L FUND | | | | | | | | | |
| 47. -- COLUMBIA ACORN FUND CL. Z | | | | | BUY MORE | 05/27 | K | | |
| 48. -- COLUMBIA MID-CAP VALUE FUND CL. Z | | | | | PARTIAL SALE | 05/27 | J | B | |
| 49. -- FIDELITY STRATEGIC INCOME FUND | | | | | | | | | |
| 50. -- DODGE & COX FUND | | | | | PARTIAL SALE | 05/31 | K | C | |
| 51. -- COLUMBIA MARISCO GROWTH FUND | | | | | BUY | 05/27 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TRUST #2 -- U/W▓▓ART. FIFTH | A | Dividend | O | T | | | | | |
| 53. -- BURLINGTON COUNTY NJ BOND | | | | | | | | | |
| 54. -- NJ HEALTH CARE FACS BOND | | | | | | | | | |
| 55. -- NJ STATE TRANSIT CORP BOND | | | | | | | | | |
| 56. -- MIDDLESEX COUNTY NJ BOND | | | | | | | | | |
| 57. -- OCEAN CITY NJ BOND | | | | | | | | | |
| 58. -- GALAXY MONEY MARKET FUND | | | | | | | | | |
| 59. -- COLUMBIA REAL ESTATE EQUITY FUND CL. Z | | | | | SOLD | 05/27 | J | C | |
| 60. -- FIDELITY ADV DIVIDEND GROWTH FUND SER. I | | | | | PARTIAL SALE | 05/31 | K | D | |
| 61. -- FIDELITY ADV STRAT OPPT FUND CL. I | | | | | | | | | |
| 62. -- FIDELITY DIVERSIFIED INT'L FUND | | | | | | | | | |
| 63. -- COLUMBIA ACORN FUND CL. Z | | | | | BUY MORE | 05/27 | K | | |
| 64. -- COLUMBIA MID-CAP VALUE FUND CL. Z | | | | | PARITAL SALE | 05/27 | J | A | |
| 65. -- DODGE & COX STOCK FUND | | | | | PARTIAL SALE | 05/31 | K | C | |
| 66. -- COLUMBIA MARISCO GROWTH FUND | | | | | BUY | 05/27 | K | | |
| 67. TRUST #3 --▓▓TRUST FBO A.T. | | None | M | T | | | | | |
| 68. -- GLAXY MONEY MARKET FUND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - 100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -- COLUMBIA HIGH YIELD | | | | | PARTIAL SALE | 03/02 | J | A | |
| 70. -- FIDELITY ADV DIV GERTH SER I FD | | | | | PARTIAL SALE | 03/02 | J | A | |
| 71. -- FIDELITY ADV MID CAP CL-I | | | | | PARTIAL SALE | 03/02 | J | A | |
| 72. -- FIDELITY DIVERSIFIED INT'L FD | | | | | PARTIAL SALE | 10/11 | J | B | |
| 73. -- COLUMBIA ACORN FUND CL-Z | | | | | PARTIAL SALE | 10/11 | J | B | |
| 74. -- FLEET GOVT CREDIT FUND | | | | | PARTIAL SALE | 11/03 | J | A | |
| 75. GLENMEDE TRUST IRA | E | Distribution | O | T | | | | | |
| 76. -- GLENMEDE FUND CORE FIXED INCOME | | | | | | | | | |
| 77. -- VERIZON GLOBAL BOND | | | | | | | | | |
| 78. -- BANK OF AMERICA BOND | | | | | | | | | |
| 79. -- CON EDISON BOND | | | | | | | | | |
| 80. -- CORP BACKED TRUST CERTS BOND | | | | | | | | | |
| 81. -- CORTS GE CAPITAL BOND | | | | | | | | | |
| 82. -- GENERAL MOTORS BOND | | | | | SOLD | 05/13 | K | A | |
| 83. -- ING GROUP BOND | | | | | | | | | |
| 84. -- ALCOA INC | | | | | SOLD | 08/05 | J | A | |
| 85. -- GENERAL ELECTRIC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- VERIZON COMMUNICATIONS | | | | | | | | | |
| 87. -- ANDARKO PETROLEUM | | | | | | | | | |
| 88. -- CHEVRONTEXACO | | | | | | | | | |
| 89. -- EXXON MOBIL | | | | | | | | | |
| 90. -- BANK OF AMERICA | | | | | | | | | |
| 91. -- CITIGROUP | | | | | | | | | |
| 92. -- COMPASS BANCSHARES | | | | | SOLD | 07/08 | J | C | |
| 93. -- WASHINGTON MUTUAL | | | | | | | | | |
| 94. -- JOHNSON & JOHNSON | | | | | | | | | |
| 95. -- PFIZER INC | | | | | SOLD | 01/05 | J | A | |
| 96. -- MICROSOFT CORP | | | | | BUY MORE | 08/02 | J | | |
| 97. -- DUKE ENERGY | | | | | | | | | |
| 98. -- GLENMEDE GOVT CASH FUND | | | | | | | | | |
| 99. -- ABBOTT LABORATORIES | | | | | | | | | |
| 100. -- EXELON CORP | | | | | | | | | |
| 101. -- GANNETT CO. | | | | | SOLD | 04/22 | J | A | |
| 102. -- KELLOGG CO. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- AT&T (formerly known as SBC Communications) | | | | | | | | | |
| 104. -- TALISMAN ENERGY | | | | | | | | | |
| 105. -- FNMA DTD 2/18/04 | | | | | | | | | |
| 106. -- QWEST DIAGNOSTICS | | | | | | | | | |
| 107. -- EMC GROUP | | | | | | | | | |
| 108. -- MEDIMMUNE INC | | | | | SOLD | 07/01 | J | A | |
| 109. -- VARIAN MEDICAL SYSTEMS | | | | | | | | | |
| 110. -- U.S. TREAS. NOTES | | | | | | | | | |
| 111. -- CYPRESS SEMICONDUCTOR | | | | | SOLD | 01/12 | J | A | |
| 112. -- AMGEN | | | | | | | | | |
| 113. -- ELI LILLY & CO | | | | | SOLD | 02/02 | J | A | |
| 114. -- ZIONS BANCORP | | | | | | | | | |
| 115. -- MICHAELS STORES | | | | | BUY MORE | 08/04 | J | | |
| 116. -- MICHAELS STORES | | | | | SOLD | 09/13 | J | B | |
| 117. -- GLENMEDE INT'L FUND | | | | | | | | | |
| 118. -- COUNTRYWIDE FINANCIAL CORP | | | | | SOLD | 09/23 | J | A | |
| 119. -- DEVON ENERGY GROUP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- COMCAST CORP | | | | | SOLD | 10/13 | J | A | |
| 121. -- MERRILL LYNCH BOND | | | | | | | | | |
| 122. -- GENENTECH INC. | | | | | BUY | 01/26 | J | | |
| 123. -- EQUITABLE RESOURCES INC | | | | | BUY | 02/28 | J | | |
| 124. -- MASCO CORP | | | | | BUY | 03/04 | J | | |
| 125. -- MASCO CORP | | | | | SOLD | 10/13 | J | A | |
| 126. -- ESTEE LAUDER COMPANIES | | | | | BUY | 03/10 | J | | |
| 127. -- ESTEE LAUDER COMPANIES | | | | | SOLD | 09/28 | J | A | |
| 128. -- BOEING CO | | | | | BUY | 05/26 | J | | |
| 129. -- NORTH FORK BANCORPORATION | | | | | BUY | 06/15 | J | | |
| 130. -- 3M CO. | | | | | BUY | 06/30 | J | | |
| 131. -- WEATHERFORD INT'L LTD. | | | | | BUY | 07/12 | J | | |
| 132. -- APPLE COMPUTER | | | | | BUY | 08/05 | J | | |
| 133. -- APPLE COMPUTER | | | | | PARTIAL SALE | 12/23 | J | B | |
| 134. -- ZIMMER HOLDINGS INC | | | | | BUY | 09/13 | J | | |
| 135. -- MEDTRONIC INC | | | | | BUY | 10/04 | J | | |
| 136. -- SYMANTEC CORP | | | | | BUY | 11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 08/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 08/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date____ 9/8/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>THOMPSON, ANNE E | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>06/01/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>402 E. STATE STREET<br>ROOM 4000<br>TRENTON, NJ 08608 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer _____   Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER - CRIMINAL LAW DRAFTING COMMITTEE | NATIONAL CONFERENCE OF BAR EXAMINERS |
| 2. CO-TRUSTEE | TRUST #1 -- U/W ███ ART. FIFTH |
| 3. CO-TRUSTEE | TRUST #2 -- U/W ███ ART. SIXTH |
| 4. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 19 A 11: 36 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 06/01/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | NATIONAL CONFERENCE OF BAR EXAMINERS – FEES EARNED FOR DRAFTING, EDITING & REVISING BAR EXAM QUESTIONS & EVALUATING PERFORMANCE OF TEST QUESTIONS | $ 6,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. N.Y. INTELLECTUAL PROPERTY LAW ASSOCIATION | MARCH 18, 2005 @ NEW YORK CITY -- ACTIVITY OF PROFESSIONAL ORGANIZATION (HOTEL, LOCAL TRANSPORTATION, MEALS) |
| 2. NATIONAL CONFERENCE OF BAR EXAMINERS | APRIL 14-16, 2005 @ SANTA BARBARA, CA – ACTIVITY OF PROFESSIONAL ORGANIZATION (AIRFARE, HOTEL, LOCAL TRANSPORTATION, MEALS) |
| 3. NATIONAL CONFERENCE OF BAR EXAMINERS | OCTOBER 13-15, 2005 @ MINNEAPOLIS, MN -- ACTIVITY OF PROFESSIONAL ORGANIZATION (AIRFARE, HOTEL, LOCAL TRANSPORTATION, MEALS) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| THOMPSON, ANNE E | 06/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. WASHINGTON MUTUAL | MORTGAGE ON VACATION HOME | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NJ ST TRANSN TR BOND | A | Interest | | | SOLD | 12/14 | K | A | |
| 2. NJ HEALTHCARE FAC FIN BOND | A | Interest | K | T | | | | | |
| 3. TOMS RIVER NJ SCH DIST | A | Interest | K | T | | | | | |
| 4. NJ ECO/DEV AUTH WATER FACS BOND | A | Interest | J | T | | | | | |
| 5. VANGUARD U.S. GROWTH FUND | A | Dividend | K | T | | | | | |
| 6. VANGUARD INTERNATIONAL GROWTH FUND | B | Dividend | K | T | | | | | |
| 7. SUN NAT'L BANK CHECKING A/C | A | Interest | J | T | | | | | |
| 8. LINDENWOLD BORO NJ BOND | A | Interest | K | T | | | | | |
| 9. SUN NAT'L MONEY MARKET | A | Interest | M | T | | | | | |
| 10. SUN NAT'L BANK CD | A | Interest | K | T | | | | | |
| 11. DUKES COUNTY BANK (... ...) | A | Interest | J | T | | | | | |
| 12. GLENMEDE TAX-EXEMPT FUND | A | Interest | L | T | | | | | |
| 13. PORT AUTHORITY NJ & NY BOND | B | Interest | | | SOLD | 12/14 | L | A | |
| 14. AMERICAN INTERNATIONAL GROUP | A | Dividend | | | SOLD | 03/21 | J | A | |
| 15. CISCO SYSTEMS | | None | | | SOLD | 01/19 | J | C | |
| 16. IBM | A | Dividend | | | PARTIAL SELL | 03/09 | J | C | |
| 17. IBM | | | | | SOLD | 07/01 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NATIONAL CITY CORP | A | Dividend | J | T | | | | | |
| 19. WELLPOINT INC | | None | J | T | | | | | |
| 20. ZIONS BANCORP | A | Dividend | J | T | | | | | |
| 21. VARIAN MEDICAL SYSTEMS INC | | None | J | T | | | | | |
| 22. AMGEN | | None | J | T | | | | | |
| 23. CYPRESS SEMICONDUCTOR | | None | | | SOLD | 01/12 | J | A | |
| 24. VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 25. MICHAELS STORES INC | A | Dividend | | | SOLD | 09/13 | J | B | |
| 26. GENENTECH INC | | None | J | T | BUY | 01/26 | J | | |
| 27. CITIGROUP INC | A | Dividend | J | T | BUY | 02/11 | J | | |
| 28. MASCO CORP | A | Dividend | | | BUY | 03/04 | J | | |
| 29. MASCO CORP | | | | | SOLD | 10/13 | J | A | |
| 30. TALISMAN ENERGY | A | Dividend | J | T | BUY | 04/13 | J | | |
| 31. 3M CO. | A | Dividend | J | T | BUY | 06/30 | J | | |
| 32. ZIMMER HOLDINGS INC | | None | J | T | BUY | 09/13 | J | | |
| 33. MEDTRONIC INC | A | Dividend | J | T | BUY | 10/04 | J | | |
| 34. SYMANTEC CORP | | None | J | T | BUY | 11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TRUST #1 -- U/W ▮ ART. FIFTH | C | Dividend | O | T | | | | | |
| 36. -- MIDDLESEX CNTY NJ BOND | | | | | | | | | |
| 37. -- DELAWARE RIVER PORT AUTH BOND | | | | | | | | | |
| 38. -- LINDENWOLD BORO NJ BOND | | | | | | | | | |
| 39. -- NJ STATE TPK AUTH BOND | | | | | | | | | |
| 40. -- PORT AUTH NY & NJ BOND | | | | | | | | | |
| 41. -- GALAXY MONEY MARKET FUND | | | | | | | | | |
| 42. -- COLUMBIA REAL ESTATE EQUITY FUND CL. Z | | | | | SOLD | 05/27 | J | C | |
| 43. -- FIDELITY ADV DIVIDEND GROWTH FUND SER. I | | | | | PARTIAL SALE | 05/31 | K | C | |
| 44. -- FIDELITY ADV STRAT OPPT FUND CL. I | | | | | | | | | |
| 45. -- FIDELITY DIVERSIFIED INT'L FUND | | | | | | | | | |
| 46. -- COLUMBIA ACORN FUND CL. Z | | | | | BUY MORE | 05/27 | K | | |
| 47. -- COLUMBIA MID-CAP VALUE FUND CL. Z | | | | | PARTIAL SALE | 05/27 | J | B | |
| 48. -- FIDELITY STRATEGIC INCOME FUND | | | | | | | | | |
| 49. -- DODGE & COX FUND | | | | | PARTIAL SALE | 05/31 | K | C | |
| 50. -- COLUMBIA MARISCO GROWTH FUND | | | | | BUY | 05/27 | L | | |
| 51. TRUST #2 -- U/W ▮ ART. FIFTH | A | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- BURLINGTON COUNTY NJ BOND | | | | | | | | | |
| 53. -- NJ HEALTH CARE FACS BOND | | | | | | | | | |
| 54. -- NJ STATE TRANSIT CORP BOND | | | | | | | | | |
| 55. -- MIDDLESEX COUNTY NJ BOND | | | | | | | | | |
| 56. -- OCEAN CITY NJ BOND | | | | | | | | | |
| 57. -- GALAXY MONEY MARKET FUND | | | | | | | | | |
| 58. -- COLUMBIA REAL ESTATE EQUITY FUND CL. Z | | | | | SOLD | 05/27 | J | C | |
| 59. -- FIDELITY ADV DIVIDEND GROWTH FUND SER. I | | | | | PARTIAL SALE | 05/31 | K | D | |
| 60. -- FIDELITY ADV STRAT OPPT FUND CL. I | | | | | | | | | |
| 61. -- FIDELITY DIVERSIFIED INT'L FUND | | | | | | | | | |
| 62. -- COLUMBIA ACORN FUND CL. Z | | | | | BUY MORE | 05/27 | K | | |
| 63. -- COLUMBIA MID-CAP VALUE FUND CL. Z | | | | | PARITAL SALE | 05/27 | J | A | |
| 64. -- DODGE & COX STOCK FUND | | | | | PARTIAL SALE | 05/31 | K | C | |
| 65. -- COLUMBIA MARISCO GROWTH FUND | | | | | BUY | 05/27 | K | | |
| 66. GLENMEDE TRUST IRA | E | Distribution | O | T | | | | | |
| 67. -- GLENMEDE FUND CORE FIXED INCOME | | | | | | | | | |
| 68. -- VERIZON GLOBAL BOND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- BANK OF AMERICA BOND | | | | | | | | | |
| 70. -- CON EDISON BOND | | | | | | | | | |
| 71. -- CORP BACKED TRUST CERTS BOND | | | | | | | | | |
| 72. -- CORTS GE CAPITAL BOND | | | | | | | | | |
| 73. -- GENERAL MOTORS BOND | | | | | SOLD | 05/13 | K | A | |
| 74. -- ING GROUP BOND | | | | | | | | | |
| 75. -- ALCOA INC | | | | | SOLD | 08/05 | J | A | |
| 76. -- GENERAL ELECTRIC | | | | | | | | | |
| 77. -- VERIZON COMMUNICATIONS | | | | | | | | | |
| 78. -- ANDARKO PETROLEUM | | | | | | | | | |
| 79. -- CHEVRONTEXACO | | | | | | | | | |
| 80. -- EXXON MOBIL | | | | | | | | | |
| 81. -- BANK OF AMERICA | | | | | | | | | |
| 82. -- CITIGROUP | | | | | | | | | |
| 83. -- COMPASS BANCSHARES | | | | | SOLD | 07/08 | J | C | |
| 84. -- WASHINGTON MUTUAL | | | | | | | | | |
| 85. -- JOHNSON & JOHNSON | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- PFIZER INC | | | | | SOLD | 01/05 | J | A | |
| 87. -- MICROSOFT CORP | | | | | BUY MORE | 08/02 | J | | |
| 88. -- DUKE ENERGY | | | | | | | | | |
| 89. -- GLENMEDE GOVT CASH FUND | | | | | | | | | |
| 90. -- ABBOTT LABORATORIES | | | | | | | | | |
| 91. -- EXELON CORP | | | | | | | | | |
| 92. -- GANNETT CO. | | | | | SOLD | 04/22 | J | A | |
| 93. -- KELLOGG CO. | | | | | | | | | |
| 94. -- AT&T (formerly known as SBC Communications) | | | | | | | | | |
| 95. -- TALISMAN ENERGY | | | | | | | | | |
| 96. -- FNMA DTD 2/18/04 | | | | | | | | | |
| 97. -- QWEST DIAGNOSTICS | | | | | | | | | |
| 98. -- EMC GROUP | | | | | | | | | |
| 99. -- MEDIMMUNE INC | | | | | SOLD | 07/01 | J | A | |
| 100. -- VARIAN MEDICAL SYSTEMS | | | | | | | | | |
| 101. -- U.S. TREAS. NOTES | | | | | | | | | |
| 102. -- CYPRESS SEMICONDUCTOR | | | | | SOLD | 01/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- AMGEN | | | | | | | | | |
| 104. -- ELI LILLY & CO | | | | | SOLD | 02/02 | J | A | |
| 105. -- ZIONS BANCORP | | | | | | | | | |
| 106. -- MICHAELS STORES | | | | | BUY MORE | 08/04 | J | | |
| 107. -- MICHAELS STORES | | | | | SOLD | 09/13 | J | B | |
| 108. -- GLENMEDE INT'L FUND | | | | | | | | | |
| 109. -- COUNTRYWIDE FINANCIAL CORP | | | | | SOLD | 09/23 | J | A | |
| 110. -- DEVON ENERGY GROUP | | | | | | | | | |
| 111. -- COMCAST CORP | | | | | SOLD | 10/13 | J | A | |
| 112. -- MERRILL LYNCH BOND | | | | | | | | | |
| 113. -- GENENTECH INC. | | | | | BUY | 01/26 | J | | |
| 114. -- EQUITABLE RESOURCES INC | | | | | BUY | 02/28 | J | | |
| 115. -- MASCO CORP | | | | | BUY | 03/04 | J | | |
| 116. -- MASCO CORP | | | | | SOLD | 10/13 | J | A | |
| 117. -- ESTEE LAUDER COMPANIES | | | | | BUY | 03/10 | J | | |
| 118. -- ESTEE LAUDER COMPANIES | | | | | SOLD | 09/28 | J | A | |
| 119. -- BOEING CO | | | | | BUY | 05/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- NORTH FORK BANCORPORATION | | | | | BUY | 06/15 | J | | |
| 121. -- 3M CO. | | | | | BUY | 06/30 | J | | |
| 122. -- WEATHERFORD INT'L LTD. | | | | | BUY | 07/12 | J | | |
| 123. -- APPLE COMPUTER | | | | | BUY | 08/05 | J | | |
| 124. -- APPLE COMPUTER | | | | | PARTIAL SALE | 12/23 | J | B | |
| 125. -- ZIMMER HOLDINGS INC | | | | | BUY | 09/13 | J | | |
| 126. -- MEDTRONIC INC | | | | | BUY | 10/04 | J | | |
| 127. -- SYMANTEC CORP | | | | | BUY | 11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 06/01/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 06/01/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▆▆▆▆▆▆▆▆▆▆▆▆▆▆  Date 6/12/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544